THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS MALKIN, LEO FRANKLIN and BARNETT BASOFF, Appellants. (Appeal No. 1.) — Judgment of the County Court of Nassau county reversed upon the law as to defendants Malkin and Franklin, and new trial ordered, and judgment as to defendant Basoff affirmed, upon authority of *People* v. *Malkin, No. 2 [ante,* 635], decided herewith. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

JAMES QUINN, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. The legal effect of the ruling at folios 156 and 157 of the record on appeal, of which defendant complains, was that plaintiff's proof was sufficient to show that the parties were engaged in interstate commerce when plaintiff was injured. It did not prevent defendant from offering any available proof on the subject. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

CLARA SHULSKY and BARNET SHULSKY, Appellants, v. AUSABLE CHASM COMPANY, Respondent.— Order changing place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

BEN SILVERMAN, Appellant, v. THE BONNIE-B COMPANY, INC., and CONDE, LTD., INC., Respondents.— Judgment reversed on the law, and new trial granted, costs to appellant to abide the event. In our opinion, the written agreement between the parties constituted a hiring for one year. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

EDWIN SMITH, Respondent, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment in the sum of $9,330.71 unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EDWIN SMITH, Respondent, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment in the sum of $7,556.41 unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PINCUS SPILLER, as Administrator, etc., of MAURICE SPILLER, Deceased, Respondent, v. LOUIS GOLDSTEIN, Appellant.— Judgment reversed upon the law, and new trial granted, with costs to abide the event, because of the erroneous theory as to damages upon which the case was submitted to the jury by the trial court. Although no exception was taken, the error is too serious to overlook. The record shows that counsel for appellant took no exception to the part of the charge criticised, and in his brief he says this was done designedly, knowing that the charge was wrong. We express our disapproval of such practice. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

ALBERT B. TURNER, FRANCES B. TURNER and HELEN N. TURNER, as Executors, etc., of ALBERT TURNER, Deceased, Respondents, v. BURTON F. WHITE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

THE U. G. I. CONTRACTING COMPANY, Appellant, v. JOHN H. DUNCAN, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

BERNARD URBAND, Respondent, v. JOSEPH J. LUBELL and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Kelly,